IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

v.                     **CASE NO. 4:22-CR-00286-BSM**

**LAMONT JACKSON**                                                             **DEFENDANT**
Inmate #277283

**ORDER**

Lamont Jackson's pro se motion to dismiss [Doc. No. 71] is denied. Jackson was appointed new counsel after a jury found him guilty and he expressed dissatisfaction with his lawyer. Jackson is moving to dismiss based on the ineffectiveness of his new lawyer because counsel has failed to communicate with him after their initial meeting in which counsel said he is gathering records for an appeal. This is not enough to support an ineffective assistance of counsel claim. *See Strickland v. Washington*, 466 U.S. 668, 688 (1984) (counsel's performance must have fallen below an objective standard of reasonableness which prejudiced the client); *see also United States v. Martin*, 408 F.3d 1089, 1095 (8th Cir. 2005) (counsel's communication insufficient when he refused to return forty phone calls, failed to show up to two meetings, and did not return petitioner's files when requested).

IT IS SO ORDERED this 20th day of January, 2026.

                                                                  /s/ Brian S. Miller
                                                        UNITED STATES DISTRICT JUDGE